

# Fourth Court of Appeals
## San Antonio, Texas

November 6, 2015

No. 04-15-00683-CV

Barton **WADE**,
Appellant

v.

**SABR MORTGAGE LOAN 2008-1 REO SUBSIDARY-LLC**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2015CV03726
Honorable David J. Rodriguez, Judge Presiding

## O R D E R

The Appellant's Motion for Extension of Time to File Notice of Appeal is GRANTED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of November, 2015.

_____
Keith E. Hottle
Clerk of Court